UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

HEARUSA, INC.,

                        Plaintiff,

    - against -

SIEMENS HEARING INSTRUMENTS, INC.,

                       Defendant.

------------------------------------- x

Case No:

**RULE 7.1 STATEMENT**



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff HearUSA, Inc. certifies that it has no publically held corporate parents, affiliations or subsidiaries.

Dated: New York, New York
        May 18, 2011

                              **BRYAN CAVE LLP**

                              By: _____
                              Howard M. Rogatnick
                              1290 Avenue of the Americas
                              New York, New York 10104
                              Tel: (212) 541-2000
                              Fax: (212) 904-0520
                              Email: hmrogatnick@bryancave.com
                              Attorneys for Plaintiff HearUSA, Inc.