UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>HearUSA, Inc.,<br><br>        Debtor. | Chapter 11<br><br>Case No. 11-23341-EPK<br>(Pending in the United States Bankruptcy Court for the Southern District of Florida) |
| HearUSA, Inc.,<br><br>        Plaintiff,<br>v.<br><br>Siemens Hearing Instruments, Inc.,<br><br>        Defendant. | Case No: 2011-civ-3386 (LTS) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2011, I caused a copy of Plaintiff's Notice of Voluntary Dismissal to be filed with the Court's CM/ECF system. I further certify that I caused a copy of the foregoing to be (1) mailed, via first-class mail, postage pre-paid, and (2) e-mailed, via attached PDF, to the following:

    Erik Haas (ehaas@pbwt.com)
    Christos Yatrakis (cyatrakis@pbwt.com)
    Patterson Belknap Webb & Tyler LLP
    1133 Avenue of the Americas
    New York, New York 10036-6710

    *Attorneys for Defendant Siemens*
    *Hearing Instruments, Inc.*

                                    /s/ Howard M. Rogatnick
                                    Howard M. Rogatnick